## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH VAN KIRK , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-06695 |
| | ) | |
| | ) | |
| VISION CREDIT SOLUTIONS LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

JUDITH VAN KIRK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VISION CREDIT SOLUTIONS LLC (Defendant), in this case.

DATED:  March 11, 2010           KROHN & MOSS, LTD.

                                 By:____/s/ Adam J. Krohn_____ _____
                                    [ ]Adam J. Krohn
                                    Attorneys for Plaintiff
                                    Krohn & Moss, Ltd.
                                    10474 Santa Monica Blvd, Suite 401
                                    Los Angeles, CA 90025

VOLUNTARY DISMISSAL                                                      1